IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRITIND AIRWAYS PLC, | ) | Case no. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-11477 GAO |
| | ) | |
| SIGNATURE FLIGHT SUPPORT | ) | |
| CORPORATION, and its subsidiaries, | ) | |
| And AIRCRAFT SERVICE | ) | |
| INTERNATIONAL GROUP, INC., | ) | |
| And its subsidiaries and/or | ) | |
| Affiliated companies, | ) | |
| | ) | |
| Defendants, | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of and Richard P. Campbell and Kathleen M. Guilfoyle of Campbell Campbell Edwards & Conroy, P.C. as counsel for the plaintiff British Airways PLC.

British Airways PLC
By its Attorneys,
CAMPBELL CAMPBELL EDWARDS &
CONROY PROFESSIONAL CORPORATION

Richard P. Campbell BBO# 071600
Kathleen M. Guilfoyle BBO# 546512
One Constitution Plaza
Boston, MA  02129
(617) 241-3000