IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC, ) | Case No. |
| ) | |
| Plaintiff, ) | **CORPORATE DISCLOSURE** |
| ) | |
| vs. ) | **05 - 11477 GAO** |
| ) | |
| SIGNATURE FLIGHT SUPPORT ) | |
| CORPORATION, and its subsidiaries, and ) | |
| AIRCRAFT SERVICE INTERNATIONAL ) | |
| GROUP, INC., and its subsidiaries and/or ) | |
| affiliated companies, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(a) and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for plaintiff BRITISH AIRWAY PLC certifies that BRITISH AIRWAYS has no parent company and no publicly held corporation owns 10% or more of BRITISH AIRWAYS' stock.

Dated: Boston, Massachusetts
July 12, 2005

Respectfully submitted,

CAMPBELL, CAMPBELL, EDWARDS & CONROY

By: *(signature)*
Richard P. Campbell BBO# 071600
Kathleen M. Guilfoyle BBO# 546512
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

- and –

CONDON & FORSYTH LLP
Diane Westwood Wilson
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 490-9100
Fax: (212) 370-4453

Attorneys for Plaintiff
BRITISH AIRWAYS PLC