UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                )
BRITHISH AIRWAYS PLC,           )    CASE NO.: 05-11477(GAO)
    Plaintiff                   )
                                )
vs.                             )
                                )
SIGNATURE FLIGHT SUPPORT        )
CORPORATION, and its subsidiaries )
and AIRCRAFT SERVICE            )
INTERNATIONAL GROUP, INC., and  )
its subsidiaries and/or affiliated )
companies,                      )
    Defendants                  )
_____)

## CERTIFICATE OF SERVICE

    I, MICHAEL LUSHAN, Attorney for Defendants, Signature Flight Support Corporation and Aircraft Service International Group, Inc., hereby certify that on October 12, 2005, I electronically filed the foregoing Defendants' Answer to Plaintiff's Complaint and Corporate Disclosure Statement with the United States District Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

    Richard P. Campbell, Esq., Attorney for Plaintiff
    Kathleen M. Guilfoyle, Esq., Attorney for Plaintiff

    I certify that I have mailed via First-Class Mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Attorneys for the Plaintiff, British Airways PLC,
Diane Westwood Wilson, Esq., Condon & Forsyth, LLP, Times Square Tower,
7 Times Square, New York, NY  10036

    Defendants,
    By Its Attorneys,
    LUSHAN, McCARTHY & GOONAN

    /s/ Michael Lushan
    _____
    MICHAEL LUSHAN, ESQ.
    496 Harvard Street
    Brookline, MA  02446
    Tel:  (617) 739-0700
    BBO # 307990