UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC,<br>    Plaintiff<br><br>vs.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, and its subsidiaries and AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and its subsidiaries and/or affiliated companies,<br>    Defendants | CASE NO.: 05-11477(GAO) |

# CERTIFICATE OF SERVICE

    I, MICHAEL LUSHAN, Attorney for Defendants, Signature Flight Support Corporation and Aircraft Service International Group, Inc., hereby certify that on October 12, 2005, I electronically filed the foregoing Defendants' Answer to Plaintiff's Complaint and Corporate Disclosure Statement with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

    Richard P. Campbell, Esq., Attorney for Plaintiff
    Kathleen M. Guilfoyle, Esq., Attorney for Plaintiff

    I certify that I have mailed via First-Class Mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

    Attorneys for the Plaintiff, British Airways PLC,
Diane Westwood Wilson, Esq., Condon & Forsyth, LLP, Times Square Tower,
7 Times Square, New York, NY 10036

    Defendants,
By Its Attorneys,
LUSHAN, McCARTHY & GOONAN

    /s/ Michael Lushan

_____
MICHAEL LUSHAN, ESQ.
496 Harvard Street
Brookline, MA 02446
Tel: (617) 739-0700
BBO # 307990