UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

_____
                                      )
BRITIAN AIRWAYS PLC,                  )
                                      )
         Plaintiff,                   )      Case No.05-11477(GAO)
                                      )
                                      )      **CORPORATE DISCLOSURE**
                                      )      **STATEMENT RULE 7.3**
    -against-                         )
                                      )
SIGNATURE FLIGHT SUPPORT              )
CORPORATION, et al.                   )
                                      )
         Defendant.                   )
_____)

Pursuant to Rule 7.3 of the Local Rules of the District of Massachusetts and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendants Signature Flight Support Corporation and Aircraft Service International, Inc. certify the following corporate parents, subsidiaries, or affiliates of these parties which are publicly held:

   Airmotive International Export Limited (Barbados Co.)

   Aircraft Deicing Services, Inc.

   Aircraft Deicing Services Funding, Inc.

   Aircraft Service International, Inc.

   Aircraft Service International Group, Inc.

   AQF Technologies LLC

   ASIG Fueling Miami, Inc.

   ASIG Ground Srvices, Inc.

   ASIG Holdings Corp.

ASIG Miami, Inc.

Aviation Training Institute L.L.C.

Barrett Turbine Engine Company

BBA Aviation Shared Services, Inc.

BBA Business Trust

BBA Diagnostics LLC

BBA Holdings Partnership

BBA Industrial Textiles, Inc.

BBA Industrial Textiles Business Trust

BBA Nonwovens Canada Limited (Canadian Co.)

BBA Nonwovens Mexico S.A. de C.V. (Mexican Co.)

BBA Nonwovens Simpsonville, Inc.

BBA Nonwovens Washougal, Inc.

BBA South America Ltda (Brazil Co.)

BBA U.S. HOLDINGS, INC.

Bidim Ltd. (Brazil Co.)

Butler Aviation International, Inc.

Butler Aviation - Washington National, LLC

Consolidated Ticket Sales, Inc.

DAI Signature, Inc.

DAI Precision Avionics, Inc.

Dallas Airmotive, Inc.

Divest, Inc.

Fiberweb North America Agricultural Products, Inc.

Guthrie Corporation, Inc.

Guthrie North America, Inc.


International Airmotive Holding Co.

Lynton Group, Inc.

LynStar Holdings, Inc.

Lynton Aviation Maintenance Services, Inc.

Lynton Aviation Services, Inc.

Lynton Aviation, Inc.

LynStar Aviation, Inc.

Lynton Properties, Inc.

Ozone Industries, Inc.

Page Avjet Corporation

Page Avjet Fuel LLC

Page Avjet Holding Corporation

Page Avjet Holding Business Trust

Page Avjet Support Equipment Corporation

Page Flight Inc.

Ranger Aerospace Leasing Corp.

Reemay, Inc.

Salprep II, Inc.

Servicios Veratec SA de CA (Mexican Co.)

Signature Combs, Inc.

Signature Combs Aircraft Sales, Inc.

Signature Combs - Birmingham, Inc.

Signature Commercial Corporation

Signature Flight Support Corporation

Signature Flight Support - AFSC, Inc.

Signature Flight Support - Baltimore/Washington, Inc.

Signature Flight Support - California, Inc. (formerly SFS-S.F.)

Signature Flight Support - Charlotte, Inc.

Signature Flight Support - Colorado, Inc.

Signature Flight Support - Hawaii, Inc.

Signature Flight Support - Louisville, Inc.

Signature Flight Support - Meigs, Inc.

Signature Flight Support - MFC, Inc.

Signature Flight Support - Michigan, Inc.

Signature Flkight Support of Nevada, Inc.

Signature Flight Support - New Jersey, Inc.

Signature Flight Support - New York, Inc.

Signature Flight Support - Palm Beach, Inc.

Signature Flight Support Pennsylvania, Inc.

Signature Flight Support - Georgia, Inc. (f/k/a SFS - Savannah, Inc.)

Signature Flight Support - Seattle, Inc.

Signature Flight Support - Tulsa, Inc.

Signature Flight Support - Washington National, Inc.

Snow Filtration LLC

Texstars, Inc.

Transale, Inc.

Tycon, Inc.

Tyler International School of Aviation, Inc.

Veratec de Mexico SA de CV (Mexican Co.)


Dated: New York, New York
     October 12, 2005

Respectfully submitted,
Defendants, Signature Flight Support Corp.,
And Aircraft Service International Group, Inc.
By its Attorneys,
DOMBROFF & GILMORE, PC

   /s/ Raymond L. Mariani
By:_____
Raymond L. Mariani, Esq.
40 Broad Street, Suite 2000
New York, NY 10004
Tel.: (212) 742-8450
Fax.: (212) 742-0161

and

Defendant, Signature Flight Support Corp.,
And Aircraft Service International Group, Inc.
By its Attorneys,
LUSHAN, McCARTHY & GOONAN

   /s/ Michael Lushan
By: _____
Michael Lushan, Esq.
496 Harvard Street
Brookline, MA 02446
Tel: 617-739-0700
Fax: 617-734-5375