UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               )
BRITISH AIRWAYS PLC,                                           )
                                                               )    05 CIV 11477 (GAO)
                                 Plaintiff,                    )
                                                               )
          vs.                                                  )
                                                               )
SIGNATURE FLIGHT SUPPORT                                       )
CORPORATION, and its subsidiaries, and                         )
AIRCRAFT SERVICE INTERNATIONAL                                 )
GROUP, INC., and its subsidiaries and/or                       )
affiliated companies,                                          )
                                                               )
                                 Defendants.                   )
---------------------------------------------------------------x

### ASSENTED TO MOTION FOR ADMISSION
### *PRO HAC VICE* OF DIANE WESTWOOD WILSON

Plaintiff British Airways PLC (the "plaintiff"), by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice,* of Diane Westwood Wilson, a partner at the firm of Condon & Forsyth LLP, with offices at 7 Times Square, New York, New York 10036. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of Diane Westwood Wilson attached hereto, Plaintiff and undersigned counsel state as follows:

1.      Mrs. Wilson is duly admitted and licensed to practice law in the States of New York and Connecticut, the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fifth, Ninth, and Eleventh Circuits, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the Eastern District of Michigan and the United States District Court for the District of Colorado.

2. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

3. Mrs. Wilson is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. Defendants assent to this motion.

Plaintiff has requested that Mrs. Wilson represent them in this action.

WHEREFORE, the plaintiff and the undersigned respectfully request that the motion be allowed and that Diane Westwood Wilson be admitted to practice before this Court for the duration of this action.

Attorneys for Plaintiff
BRITISH AIRWAYS PLC,


/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle, BBO #546512
CAMPBELL CAMPBELL EDWARDS
& CONROY P.C.
One Constitution Plaza
Boston, Massachusetts 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on October 17, 2005, I served a copy of the Assented To Motion For Admission *Pro Hac Vice* of Diane Westwood Wilson via first-class mail, postage prepaid, to the following counsel of record:

Raymond L. Mariani, Esq.
Dumbroff & Gilmore, PC
40 Broad Street, Suite 2000
New York, NY 10004

Michael Lushan, Esq.
Lushan, McCarthy & Goonan
496 Harvard Street
Brookline, MA 02446

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
BRITISH AIRWAYS PLC,                                        )   DWW-0520
                                                            )
                        Plaintiff,                          )   05 CIV 11477 (GAO)
                                                            )
        vs.                                                 )   **PRO HAC VICE**
                                                            )   **AFFIDAVIT**
SIGNATURE FLIGHT SUPPORT                                    )
CORPORATION, and its subsidiaries, and                      )
AIRCRAFT SERVICE INTERNATIONAL                              )
GROUP, INC., and its subsidiaries and/or                    )
affiliated companies,                                       )
                                                            )
                        Defendants.                         )
                                                            )
-----------------------------------------------------------x

### LR 83.5.3(b) AFFIDAVIT OF DIANE WESTWOOD WILSON

NOW COMES the affiant and states as follows:

1. My name is Diane Westwood Wilson, and I am a partner at the law firm of Condon & Forsyth LLP, with offices at 7 Times Square, New York, New York 10036, telephone number (212) 490-9100.

2. I am an attorney duly admitted and licensed to practice law in the following courts:

Mrs. Wilson is duly admitted and licensed to practice law in the States of New York and Connecticut, the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fourth, Fifth, Ninth, and Eleventh Circuits, the United States District Court for the Southern and Eastern Districts of New York, the United States District Court for the Eastern District of Michigan and the United States District Court for the District of Colorado.

3. I am in good standing and eligible to practice law in all the aforementioned jurisdictions.

4. I am not currently suspended or disbarred in any jurisdiction.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Plaintiff BRITISH AIRWAYS PLC has requested that Condon & Forsyth LLP represent them in this case.

Dated: October 12, 2005

Diane Westwood Wilson

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Personally appeared Diane Westwood Wilson and swore that the statements contained in this affidavit are true to the best of his knowledge, belief and opinion.

Dated: October 12, 2005

_____
Notary Public/Justice of the Peace

OLIVER BEIERSDORF
NOTARY PUBLIC, State of New York
No. 02BE6009425
Qualified in Kings County
Commission Expires Dec. 27, 2006

3