UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           )
BRITISH AIRWAYS PLC,                                       )
                                                           )
                        Plaintiff,                         )   05 CIV 11477 (GAO)
                                                           )
        vs.                                                )
                                                           )
SIGNATURE FLIGHT SUPPORT                                   )
CORPORATION, and its subsidiaries, and                     )
AIRCRAFT SERVICE INTERNATIONAL                             )
GROUP, INC., and its subsidiaries and/or                   )
affiliated companies,                                      )
                                                           )
                        Defendants.                        )
-----------------------------------------------------------x
```

ASSENTED TO MOTION FOR ADMISSION
*PRO HAC VICE* OF OLIVER BEIERSDORF

Plaintiff British Airways PLC (the "plaintiff"), by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice*, of Oliver Beiersdorf, an associate at the firm of Condon & Forsyth LLP, with offices at 7 Times Square, New York, New York 10036. Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of Oliver Beiersdorf attached hereto, plaintiff and undersigned counsel state as follows:

1.    Mr. Beiersdorf is duly admitted and licensed to practice law in the States of New York and New Jersey, the United States District Court for the Southern, Eastern and Northern Districts of New York, and the United States District Court for the District of New Jersey;

2.    There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. Mr. Beiersdorf is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. Defendants assent to this motion.

Plaintiff has requested that Mr. Beiersdorf represent them in this action.

WHEREFORE, the plaintiff and the undersigned respectfully request that the motion be allowed and that Oliver Beiersdorf be admitted to practice before this Court for the duration of this action.

                Attorneys for Plaintiff
                BRITISH AIRWAYS PLC,


                /s/ Kathleen M. Guilfoyle
                Kathleen M. Guilfoyle, BBO #546512
                CAMPBELL CAMPBELL EDWARDS
                & CONROY P.C.
                One Constitution Plaza
                Boston, Massachusetts 02129
                (617) 241-3000

## CERTIFICATE OF SERVICE

I, Kathleen M. Guilfoyle, hereby certify that on October 17, 2005, I served a copy of the Assented To Motion For Admission *Pro Hac Vice* of Oliver Beiersdorf via first-class mail, postage prepaid, to the following counsel of record:

Raymond L. Mariani, Esq.
Dumbroff & Gilmore, PC
40 Broad Street, Suite 2000
New York, NY 10004

Michael Lushan, Esq.
Lushan, McCarthy & Goonan
496 Harvard Street
Brookline, MA 02446

/s/ Kathleen M. Guilfoyle
Kathleen M. Guilfoyle

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
BRITISH AIRWAYS PLC,                    )  OB-1421
                                        )
                                        )  05 CIV 11477 (GAO)
              Plaintiff,                )
                                        )
      vs.                               )  **PRO HAC VICE**
                                        )  **AFFIDAVIT**
SIGNATURE FLIGHT SUPPORT                )
CORPORATION, and its subsidiaries, and  )
AIRCRAFT SERVICE INTERNATIONAL          )
GROUP, INC., and its subsidiaries and/or )
affiliated companies,                   )
                                        )
              Defendants.               )
                                        )
---------------------------------------------------------------x

### LR 83.5.3(b) AFFIDAVIT OF OLIVER BEIERSDORF

NOW COMES the affiant and states as follows:

1. My name is Oliver Beiersdorf, and I am an associate at the law firm of Condon & Forsyth LLP, with offices at 7 Times Square, New York, New York 10036, telephone number (212) 490-9100.

2. I am an attorney duly admitted and licensed to practice law in the following courts:

States of New York and New Jersey, the United States District Court for the Southern, Eastern and Northern Districts of New York and the United States District Court for the District of New Jersey.

3. I am in good standing and eligible to practice law in all the aforementioned jurisdictions.

4. I am not currently suspended or disbarred in any jurisdiction.

5. There are no disciplinary proceedings pending against me in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. Plaintiff BRITISH AIRWAYS PLC has requested that Condon & Forsyth LLP represent them in this case.

Dated: 10/12/05

Oliver Beiersdorf

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Personally appeared Oliver Beiersdorf and swore that the statements contained in this affidavit are true to the best of his knowledge, belief and opinion.

Dated: Oct 12, 2005

*Mary Ann Rooney*
Notary Public/Justice of the Peace

MARY ANN ROONEY
NOTARY PUBLIC, State of New York
No. 31-4672706
Qualified in Queens County
Commission Expires May 31, 2006