UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC,<br>    Plaintiff<br><br>VS.<br><br>SIGNATURE FLIGHT SUPPORT<br>CORPORATION, and its subsidiaries<br>and AIRCRAFT SERVICE<br>INTERNATIONAL GROUP, INC., and<br>its subsidiaries and/or affiliated<br>companies,<br>    Defendants | Case No.: 05-11477(GAO)<br><br>**ASSENTED TO MOTION<br>FOR ADMISSION PRO HAC VICE<br>OF RAYMOND L. MARIANI** |

    Pursuant to Local Rule 83.5.3, Attorney Michael Lushan, a member of the bar of this Court, having a record appearance for Signature Flight Support Corporation and its subsidiaries and Aircraft Service International Group, Inc., and its subsidiaries and/or affiliated companies in this action, moves for the admission of Attorney Raymond L. Mariani, Esq., of the law firm of Dombroff & Gilmore, 40 Broad Street, Suite 2000, New York, NY 10004-2382 *Pro Hac Vice*, as additional counsel for Signature Flight Support Corporation and its subsidiaries and Aircraft Service International Group, Inc., and its subsidiaries and/or affiliated companies in this action.

    In support of this Motion, the undersigned states that Mr. Mariani has been a member of the State of New York bar since 1996. To the best of my knowledge, belief and information, he has not been disqualified to appear in the Commonwealth of Massachusetts or any other state and is a member of the bar of New York in good standing.

    Mr. Mariani is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    The certificate required by Local Rule 83.5.3(b) for Mr. Mariani is attached with this motion. The $100.00 filing fee has been paid.

    **WHEREFORE**, Michael Lushan, Esq., respectfully requests an Order admitting Raymond L. Mariani *Pro Hac Vice* as additional counsel for Signature

Flight Support Corporation and its subsidiaries and Aircraft Service International Group, Inc., and its subsidiaries and/or affiliated companies, for the duration of this lawsuit.

Defendants,
SIGNATURE FLIGHT SUPPORT CORP.,
And its subsidiaries and
AIRCRAFT SERVICE INTERNATIONAL
GROUP, INC., and its subsidiaries and/or
affiliated companies,

By: /s/ *Michael Lushan*

MICHAEL LUSHAN, ESQ.
Lushan, McCarthy & Goonan
496 Harvard Street
Brookline, MA 02446
Tel: (617) 739-0700
BBO#: 307990

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC,<br>Plaintiff<br><br>VS.<br><br>SIGNATURE FLIGHT SUPPORT<br>CORPORATION, and its subsidiaries<br>and AIRCRAFT SERVICE<br>INTERNATIONAL GROUP, INC., and<br>its subsidiaries and/or affiliated<br>companies,<br>Defendants | Case No. 05-11477(GAO) |

### CERTIFICATION PURSUANT TO LOCAL RULE 83.5.3(b) IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF RAYMOND L. MARIANI

Pursuant to Local Rule 83.5.3(b) of the Local Rules of the United States Court for the District of Massachusetts, I, RAYMOND L. MARIANI, hereby certify that:

1) I have been a member in good standing of the bar of the State of New York since 1996.
2) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.
3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.
4) If permitted to appear *Pro Hac Vice*, I will diligently follow the Local Rules of the United States District Court for the District of Massachusetts and conduct myself professionally, ethically and courteously.

Respectfully Submitted,

Raymond L. Mariani, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC,<br>　　　Plaintiff<br><br>vs.<br><br>SIGNATURE FLIGHT SUPPORT<br>CORPORATION, and its subsidiaries<br>and AIRCRAFT SERVICE<br>INTERNATIONAL GROUP, INC., and<br>its subsidiaries and/or affiliated<br>companies,<br>　　　Defendants | **CASE NO.: 05-11477(GAO)** |

## CERTIFICATE OF SERVICE

　　　I, MICHAEL LUSHAN, Attorney for Defendants, Signature Flight Support Corporation and Aircraft Service International Group, Inc., hereby certify that on October 27, 2005, I electronically filed the foregoing Defendants' Motion for Admission *Pro Hac Vice* of Raymond L. Mariani and Certification in Support of Motion for Admission *Pro Hac Vice* with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

　　　Richard P. Campbell, Esq., Attorney for Plaintiff
　　　Kathleen M. Guilfoyle, Esq., Attorney for Plaintiff

　　　I certify that I have mailed via First-Class Mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:
　　　Attorneys for the Plaintiff, British Airways PLC,
Diane Westwood Wilson, Esq., Condon & Forsyth, LLP, Times Square Tower,
7 Times Square, New York, NY  10036

　　　　　　　　　　　　　　　　　Defendants,
　　　　　　　　　　　　　　　　　By Its Attorneys,
　　　　　　　　　　　　　　　　　LUSHAN, McCARTHY & GOONAN

　　　　　　　　　　　　　　　　　/s/ Michael Lushan

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL LUSHAN, ESQ.
　　　　　　　　　　　　　　　　　496 Harvard Street
　　　　　　　　　　　　　　　　　Brookline, MA  02446
　　　　　　　　　　　　　　　　　Tel:  (617) 739-0700
　　　　　　　　　　　　　　　　　BBO # 307990