# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| BRITISH AIRWAYS PLC, ) | Case No. 05-11477(GAO) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ASSENTED TO MOTION TO |
| SIGNATURE FLIGHT SUPPORT ) | CONTINUE SCHEDULING |
| CORPORATION, and its subsidiaries, and ) | CONFERENCE |
| AIRCRAFT SERVICE INTERNATIONAL ) | |
| GROUP, INC., and its subsidiaries and/or ) | |
| affiliated companies, ) | |
| ) | |
| Defendants. ) | |

---

Defendants, by and through the undersigned local Counsel, respectfully moves this Court to change the date of the initial Scheduling Conference from January 24, 2006 to any day the week of February 6, 2006.

As grounds for this Motion, Defendants' Counsel at Dombroff & Gilmore are unavailable for the January 24, 2006 Scheduling Conference.  Furthermore, Plaintiff has assented to this Motion.

    Defendants, Signature Flight Support Corp.,
    and Aircraft Service International Group,
    Inc..,
    By its Attorneys,
    LUSHAN, McCARTHY & GOONAN

        /s/ Michael Lushan
    By: _____
    Michael Lushan, Esq.
    496 Harvard Street
    Brookline, MA  02446
    Tel:  617-739-0700
    Fax: 617-734-5375

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
BRITIED AIRWAYS PLC,                  )     **CASE NO.: 05-11477(GAO)**
    Plaintiff                                     )
                                                    )
vs.                                              )
                                                    )
SIGNATURE FLIGHT SUPPORT      )
CORPORATION, and its subsidiaries )
and AIRCRAFT SERVICE                 )
INTERNATIONAL GROUP, INC., and )
its subsidiaries and/or affiliated          )
companies,                                    )
    Defendants                                )
_____)

## **CERTIFICATE OF SERVICE**

    I, MICHAEL LUSHAN, Attorney for Defendants, Signature Flight Support Corporation and Aircraft Service International Group, Inc., hereby certify that on December 9, 2005, I electronically filed the foregoing Assented to Motion to Continue Scheduling Conference with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

    Richard P. Campbell, Esq., Attorney for Plaintiff
    Kathleen M. Guilfoyle, Esq., Attorney for Plaintiff

    I certify that I have mailed via First-Class Mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Attorneys for the Plaintiff, British Airways PLC,
Diane Westwood Wilson, Esq., Condon & Forsyth, LLP, Times Square Tower,
7 Times Square, New York, NY 10036

                                        Defendants,
                                        By Its Attorneys,
                                        LUSHAN, McCARTHY & GOONAN

                                        /s/ Michael Lushan
                                      _____
                                      MICHAEL LUSHAN, ESQ.
                                      496 Harvard Street
                                      Brookline, MA 02446
                                      Tel: (617) 739-0700
                                      BBO # 307990