UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRITHISH AIRWAYS, PLC,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **SIGNATURE FLIGHT SUPPORT** ) <br> **CORP., et al,** ) <br> ) <br> Defendants ) <br> _____ ) | Civil Action No.:05-11477-GAO |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

    I, Michael Lushan, Attorney for Defendants, hereby certify that the parties have conferred and have in good faith attempted to resolve the issues raised in Defendants' Motion for Partial Summary Judgment without resolution.

                                              Respectfully Submitted,
                                              Defendants, ASI, Inc., and
                                              Signature Flight Support Corp.,
                                              By Their Attorneys,
                                              **LUSHAN, McCARTHY & GOONAN**

Dated:  January 20, 2006                   */s/ Michael Lushan*
                                              _____
                                              Michael Lushan, Esq.
                                              496 Harvard Street
                                              Brookline, MA  02446
                                              Tel:  (617) 739-0700
                                              Fax: (617) 734-5375

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
BRITISH AIRWAYS PLC,               )    CASE NO.: 05-11477(GAO)
     Plaintiff                     )
                                   )
vs.                                )
                                   )
SIGNATURE FLIGHT SUPPORT           )
CORPORATION, and its subsidiaries  )
and AIRCRAFT SERVICE               )
INTERNATIONAL GROUP, INC., and     )
its subsidiaries and/or affiliated )
companies,                         )
     Defendants                    )
_____)

## CERTIFICATE OF SERVICE

    I, MICHAEL LUSHAN, Attorney for Defendants, Signature Flight Support Corporation and Aircraft Service International Group, Inc., hereby certify that on January 20, 2006, I electronically filed the foregoing Certification Pursuant to Local Rule 7.1 with the United States District Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

    Richard P. Campbell, Esq., Attorney for Plaintiff
    Kathleen M. Guilfoyle, Esq., Attorney for Plaintiff

    I certify that I have mailed via First-Class Mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Attorneys for the Plaintiff, British Airways PLC,
Diane Westwood Wilson, Esq., Condon & Forsyth, LLP, Times Square Tower,
7 Times Square, New York, NY  10036

    Defendants,
    By Its Attorneys,
    LUSHAN, McCARTHY & GOONAN

    /s/ Michael Lushan
    _____
    MICHAEL LUSHAN, ESQ.
    496 Harvard Street
    Brookline, MA  02446
    Tel:  (617) 739-0700
    BBO # 307990