UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BRITISH AIRWAYS, PLC,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**SIGNATURE FLIGHT SUPPORT**<br>**CORP., et al,** )<br>)<br>Defendants )<br>_____ ) | Civil Action No.:05-11477-GAO |

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

I, Michael Lushan, Attorney for Defendants, hereby certify that the parties have conferred and have in good faith attempted to resolve the issues raised in Defendants' Motion for Partial Summary Judgment without resolution.

|  |  |
|---|---|
|  | Respectfully Submitted,<br>Defendants, ASI, Inc., and<br>Signature Flight Support Corp.,<br>By Their Attorneys,<br>**LUSHAN, McCARTHY & GOONAN** |
| Dated:  January 20, 2006 | */s/ Michael Lushan*<br>_____<br>Michael Lushan, Esq.<br>496 Harvard Street<br>Brookline, MA  02446<br>Tel:  (617) 739-0700<br>Fax: (617) 734-5375 |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC,<br>    Plaintiff<br><br>vs.<br><br>SIGNATURE FLIGHT SUPPORT<br>CORPORATION, and its subsidiaries<br>and AIRCRAFT SERVICE<br>INTERNATIONAL GROUP, INC., and<br>its subsidiaries and/or affiliated<br>companies,<br>    Defendants | CASE NO.: 05-11477(GAO) |

## CERTIFICATE OF SERVICE

    I, MICHAEL LUSHAN, Attorney for Defendants, Signature Flight Support Corporation and Aircraft Service International Group, Inc., hereby certify that on January 20, 2006, I electronically filed the foregoing Certification Pursuant to Local Rule 7.1 with the United States District Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

    Richard P. Campbell, Esq., Attorney for Plaintiff
    Kathleen M. Guilfoyle, Esq., Attorney for Plaintiff

    I certify that I have mailed via First-Class Mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Attorneys for the Plaintiff, British Airways PLC,
Diane Westwood Wilson, Esq., Condon & Forsyth, LLP, Times Square Tower,
7 Times Square, New York, NY  10036

    Defendants,
    By Its Attorneys,
    LUSHAN, McCARTHY & GOONAN

    /s/ Michael Lushan

_____
MICHAEL LUSHAN, ESQ.
496 Harvard Street
Brookline, MA  02446
Tel:  (617) 739-0700
BBO # 307990