UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                                )
BRITISH AIRWAYS PLC,                                            )
                                                                )
                              Plaintiff,                        )   05 CIV 11477 (GAO)
                                                                )
              vs.                                               )
                                                                )
SIGNATURE FLIGHT SUPPORT                                        )
CORPORATION, and its subsidiaries, and                          )
AIRCRAFT SERVICE INTERNATIONAL                                  )
GROUP, INC., and its subsidiaries and/or                        )
affiliated companies,                                           )
                                                                )
                              Defendants.                       )
---------------------------------------------------------------x

## ASSENTED-TO MOTION TO EXEND TIME

Plaintiff British Airways PLC ("British Airways"), hereby moves, with the assent of defendants Signature Flight Support Corporation and Aircraft Service International Group, Inc., to extend the deadline by which British Airways must file an opposition to defendants' summary judgment motion by thirty (30) days. The new agreed-upon date is March 3, 2006.

British Airways states that the requested extension will not prejudice any party, as an initial scheduling conference has not yet been held in this case.

WHEREFORE, British Airways respectfully requests that its assented-to motion be granted.

| ASSENTED TO: | The Plaintiff |
|---|---|
| The Defendants<br>SIGNATURE FLIGHT SUPPORT CORPORATION and<br>AIRCRAFT SERVICE INTERNATIONAL GROUP, INC. | BRITISH AIRWAYS PLC, |
| /s/ Michael Lushan<br>Michael Lushan, Esq.<br>LUSHAN, MCCARTHY & GOONAN<br>496 Harvard Street<br>Brookline, MA 02446<br>(617) 739-0700 | /s/ Kathleen M. Guilfoyle<br>Richard P. Campbell, BBO #071600<br>Kathleen M. Guilfoyle, BBO #546512<br>CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000 |
| - and - | - and - |
| DUMBROFF & GILMORE, PC<br>Raymond L. Mariani, Esq.<br>40 Broad Street, Suite 2000<br>New York, NY 10004<br>(212) 742-8450 | CONDON & FORSYTH LLP<br>Diane Westwood Wilson, Esq.<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 490-9100 |

Dated:   January 31, 2006
*By Ms. Guilfoyle, per January 27, 2006 telephone conversation with Mr. Lushan

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.

/s/ Kathleen M. Guilfoyle