UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x
                                                           )
BRITISH AIRWAYS PLC,                                       )
                                                           )   05 CIV 11477 (GAO)
                                Plaintiff,                 )
                                                           )
                     vs.                                   )
                                                           )
SIGNATURE FLIGHT SUPPORT                                   )
CORPORATION, and its subsidiaries, and                     )
AIRCRAFT SERVICE INTERNATIONAL                             )
GROUP, INC., and its subsidiaries and/or                   )
affiliated companies,                                      )
                                                           )
                                Defendants.                )
-----------------------------------------------------------x

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

British Airways PLC ("British Airways"), Signature Flight Support Corporation ("Signature"), and Aircraft Service International Group, Inc. ("ASIG") (collectively referred to as "the parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D).

I.   AGREED-UPON DISCOVERY PLAN

The parties agree on the following proposed discovery plan:

1.   The parties will serve their Fed. R. Civ. P. 26(a)(1) disclosures on or before March 3, 2006.

2.   Non-expert discovery to be concluded on or before July 1, 2006. The parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval to exceed the ten-per-side limit.

3. British Airways must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2), if any, on or before August 4, 2006.

4. Signature and ASIG must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2), if any, on or before September 4, 2006.

5. British Airways shall produce its proposed trial experts, if any, for deposition on or before October 1, 2006. In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

6. Signature and ASIG shall produce their proposed trial experts, if any, for deposition on or before November 1, 2006. In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

7. With respect to expert depositions, the party noticing the deposition shall be responsible for paying reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The parties shall be responsible for compensating their own experts for all preparation time.

II. PROPOSED ADDITIONS TO DISCOVERY PLAN THAT ARE NOT AGREED TO:

The defendants want to add the following provision to the discovery plan:

1. The parties can conduct fact discovery limited to new discovery raised by the expert reports on or before October 2, 2006.

The plaintiff does not agree to this provision. All necessary discovery can be obtained either through automatic disclosure or through written discovery or depositions during the fact discovery period. To the extent that the defendants have a concern that a document or the identity of a person was withheld, they can seek recourse from the court.

III.  **PROPOSED SCHEDULE FOR THE FILING OF MOTIONS**

    1.    All motions relating to joinder of parties, claims, and remedies and all motions to amend pleadings shall be filed on or before May 2, 2006.

    2.    All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before August 25, 2006.

    3.    The parties anticipate being ready for trial in December, 2006.

IV.  **ADR AND TRIAL BY MAGISTRATE**

The parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3). British Airways attaches hereto the required statement pursuant to Local Rule 16.1(D), and the Local Rule 16.1(D) Certificate of defendants will be submitted under separate cover.

| The Plaintiff,<br>BRITISH AIRWAYS, PLC | The Defendant,<br>SIGNATURE FLIGHT SUPPORT CORP.<br>and AIRCRAFT SERVICE<br>INTERNATIONAL GROUP |
|---|---|
| By:/s/ Kathleen M. Guilfoyle<br>Richard P. Campbell, BBO #071600<br>Kathleen M. Guilfoyle, BBO #546512<br>CAMPBELL, CAMPBELL, EDWARDS<br>& CONROY, P.C.<br>One Constitution Plaza<br>Boston, MA 02129<br>(617) 241-3000<br><br>- and - <br><br>CONDON & FORSYTH LLP<br>Diane Westwood Wilson<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>(212) 490-9100 | By:/s/ Michael Lushan<br>Michael Lushan, Esq.<br>LUSHAN, McCARTHY GOONAN<br>469 Harvard Street<br>Brookline, MA 02446<br>Tel: (617) 739-0700<br><br>- and –<br><br>/s/ Sarah L. Fifield<br>DOMBROFF & GILMORE, PC<br>Raymond L. Mariani, Esq.<br>Sarah L. Fifield, Esq.<br>40 Broad Street, Suite 2000<br>New York, NY 10004<br>Tel: (212) 742-8450 |

Dated: February 3, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2006.

                                                     /s/ Kathleen M. Guilfoyle