UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------x
                                                           )
BRITISH AIRWAYS PLC,                                       )
                                                           )   05 CIV 11477 (GAO)
                              Plaintiff,                   )
                                                           )
              vs.                                          )
                                                           )
SIGNATURE FLIGHT SUPPORT                                   )
CORPORATION, and its subsidiaries, and                     )
AIRCRAFT SERVICE INTERNATIONAL                             )
GROUP, INC., and its subsidiaries and/or                   )
affiliated companies,                                      )
                                                           )
                              Defendants.                  )
-----------------------------------------------------------x
```

## CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)

Local counsel for plaintiff British Airways Plc ("British Airways") hereby certifies that she has conferred with Condon & Forsyth LLP, counsel for British Airways:

(a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

The Plaintiff,
BRITISH AIRWAYS PLC,


/s/ Kathleen M. Guilfoyle
Richard P. Campbell, BBO #071600
Kathleen M. Guilfoyle, BBO #546512
CAMPBELL, CAMPBELL, EDWARDS
& CONROY, P.C.
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

- and -

CONDON & FORSYTH LLP
Diane Westwood Wilson
Times Square Tower
7 Times Square
New York, NY  10036
(212) 490-9100

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2006.

/s/ Kathleen M. Guilfoyle