# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **BRITISH AIRWAYS PLC,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**SIGNATURE FLIGHT SUPPORT** )<br>**CORPORATION**, and its subsidiaries, and )<br>**AIRCRAFT SERVICE INTERNATIONAL** )<br>**GROUP, INC.**, and its subsidiaries and/or )<br>affiliated companies, )<br>)<br>Defendants. ) | Case No. 05-11477(GAO) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and duly authorized representative of **SIGNATURE FLIGHT SUPPORT CORPORATION**, have conferred:

a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: New York, New York
February __, 2006

Respectfully submitted,
Defendant, Signature Flight Support Corp.
By its Attorneys,
DOMBROFF & GILMORE, PC

By: _____
SARAH FIFIELD, Esq.
40 Broad Street, Suite 2000
New York, NY 10004
Tel.: (212) 742-8450
Fax.: (212) 742-0161

and

Defendant Signature Flight Support Corp.,

By: _____
Joseph I. Goldstein, Vice President,
Secretary & General Counsel
201 South Orange Avenue, Suite 1100
Orlando, FL 32801