# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BRITISH AIRWAYS PLC,<br><br>        Plaintiff,<br><br>vs.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, and its subsidiaries, and AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and its subsidiaries and/or affiliated companies,<br><br>        Defendants. | Case No. 05-11477(GAO) |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned counsel and duly authorized representative of **AIRCRAFT SERVICE INTERNATIONAL, INC.**, have conferred

a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation, and

b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: New York, New York
February __, 2006

Respectfully submitted,
Defendant, Aircraft Service International, Inc.,
By its Attorneys,
DOMBROFF & GILMORE, PC

By: _____
Sarah Fifield, Esq.
40 Broad Street, Suite 2000
New York, NY 10004
Tel.: (212) 742-8450
Fax.: (212) 742-0161
        and
Defendant Aircraft Service International, Inc.

By: _____
Joseph I. Goldstein, Secretary and General Counsel
201 South Orange Avenue, Suite 1100
Orlando, FL 32801