UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               )
BRITISH AIRWAYS PLC,                                           )
                                                               )
                              Plaintiff,                       )    05 CIV 11477 (GAO)
                                                               )
              vs.                                              )
                                                               )
SIGNATURE FLIGHT SUPPORT                                       )
CORPORATION, and its subsidiaries, and                         )
AIRCRAFT SERVICE INTERNATIONAL                                 )
GROUP, INC., and its subsidiaries and/or                       )
affiliated companies,                                          )
                                                               )
                              Defendants.                      )
---------------------------------------------------------------x

## JOINT MOTION TO EXEND TIME

Plaintiff British Airways PLC ("British Airways") and defendants Signature Flight Corporation ("Signature") and Aircraft Service International Group, Inc. ("ASIG") (collectively referred to as "the parties"), jointly move for the following extensions: (1) the date by which British Airways must file its opposition to defendants' summary judgment motion is moved from March 13, 2006 up to and including March 20, 2006; and (2) the date by which the defendants must file their reply brief is extended from March 24, 2006 up to and including March 31, 2006.

The parties state that the requested extension is only for ten (10) days and will not impact any other deadlines in this matter.

WHEREFORE, the parties jointly request that the Court grant their motion.

| The Defendants<br>SIGNATURE FLIGHT SUPPORT CORPORATION and<br>AIRCRAFT SERVICE INTERNATIONAL GROUP, INC. | The Plaintiff<br>BRITISH AIRWAYS PLC, |
|---|---|
| /s/ Michael Lushan<br>Michael Lushan, Esq.<br>LUSHAN, MCCARTHY & GOONAN<br>496 Harvard Street<br>Brookline, MA 02446<br>(617) 739-0700 | /s/ Kathleen M. Guilfoyle<br>Richard P. Campbell, BBO #071600<br>Kathleen M. Guilfoyle, BBO #546512<br>CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 |
| - and - | - and - |
| DUMBROFF & GILMORE, PC<br>Raymond L. Mariani, Esq.<br>40 Broad Street, Suite 2000<br>New York, NY  10004<br>(212) 742-8450 | CONDON & FORSYTH LLP<br>Diane Westwood Wilson, Esq.<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036<br>(212) 490-9100 |

Dated:  March 13, 2006

CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2006.

                                      /s/ Kathleen M. Guilfoyle