UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRITISH AIRWAYS, PLC, )
)
Plaintiff, )   Civil Action No. 05-11477-GAO
v. )
)
SIGNATURE FLIGHT SUPPORT )
CORP., et al., )
)
Defendants. )
)

## STIPULATION FOR WITHDRAWAL OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties BRITISH AIRWAYS PLC, AIRCRAFT SERVICE INTERNATIONAL, INC. and SIGNATURE FLIGHT SUPPORT CORPORATION,

(1) The plaintiff's claim for damages shall consist of the following items of damages:

(a) the costs for parts and labor to repair the hull, including the temporary repair at Boston, for the Boeing B-777 aircraft U.K. Registration No. G-VIIY (hereinafter the "Aircraft");

(b) the material handling charges (regarding parts for repair of the hull);

(c) the ferrying charges of travel costs for airfare for the repair crew to transit from London Heathrow Airport to Boston Logan International Airport and the costs for ferrying the Aircraft from Boston Logan International Airport to London Heathrow Airport for repair;

(d) the security and parking fees for the Aircraft while at Logan for temporary repair;

(2) As to the items of damage set forth in paragraph 1 above, the amounts are contested, including but not limited to the amounts charged for labor;

(3) The plaintiff's claim for damages also shall consist of the following items of damages only if the Court holds that plaintiff is entitled to such damages under the prevailing law;

(a) the labor charges for the repair crew during ferry flights to/from Boston Logan International Airport/London Heathrow Airport (i.e. time of the repair crew spent for travel);

(b) prejudgment interest.

(4) In the event the Court holds that plaintiff is entitled to the elements of damages in paragraph 3, the amount of damages are contested, including but not limited to labor rate.

(5) No item of damages not listed in paragraph 1 or 3 shall be pled at trial.

(6) Defendants concede liability for the damages set forth in paragraph 1 above in an amount to be determined at trial; and

(7) Defendants' Motion for Partial Summary Judgment is hereby withdrawn and defendants shall take all necessary steps to notify the Court of the above agreement and file this Stipulation with the Court.

CONDON & FORSYTH

By: _____
Diane Westwood Wilson, Esq.
Times Square Tower
7 Times Square
New York, NY 10036
Attorneys for Plaintiff

DOMBROFF & GILMORE

By: _____
Sarah L. Fifield, Esq.
Raymond L. Mariani, Esq.
40 Broad Street, Suite 701
New York, New York 10004-2322
Attorneys for Defendants
Signature Flight Support Corporation
and Aircraft Service International,
Inc.

58335