UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRITISH AIRWAYS, PLC,                    )
                                         )
                    Plaintiff,           )      Civil Action No.:05-11477-GAO
                                         )
v.                                       )
                                         )
SIGNATURE FLIGHT SUPPORT                 )
CORP., et al,                            )
                    Defendants.          )
_____)

## CONSENT AND ORDER TO CHANGE ATTORNEYS AND NOTICE OF CHANGE OF ADDRESS

It is hereby consented that NIXON PEABODY LLP with an address at 50 Jericho Qudrangle, Suite 300, Jericho, NY 11753-2728 be substituted as Attorneys of Record for SIGNATURE FLGIHT SUPPORT CORPORATION and AIRCRAFT SERVICE INTERNATIONAL, INC., in the above-captioned action in place and stead of DOMBROFF & GILMORE, P.C., as of the date hereof. Please enter this change on the docket of this action in accordance with Local Rule 83.5.2E.

Dated: September 19, 2006
NIXON PEABODY LLP

BY: /s/ *Raymond L. Mariani*
Raymond L. Mariani, Esq.
50 Jericho Qudranggle, Suite 300
Jericho, NY 11753-2728
Tel: 516-832-7500
Fax: 516-832-7555
Email: rmariani@nixonpeabody.com

DOMBROFF & GILMORE

BY: /s/ *Sarah Fifield*
Sarah Fifled, Esq.
40 Broad Street, Suite 701
New York, NY 10004
Tel: 212-742-8450
Fax: 212-742-0161

SIGNATURE FLIGHT SUPPORT
CORPORATION
BY: /s/ *Raymond L. Mariani*
Raymond L. Mariani, Esq.

AIRCRAFT SERVICE INTERNATIONAL
INC.,
BY: /s/ *Raymond L. Mariani*
Raymond L. Mariani, Esq.

LUSHAN, McCARTHY & GOONAN

BY: /s/ *Michael Lushan*
Michael Lushan, Esq.
496 Harvard Street
Brookline, MA 02446
Tel: 617-739-0700
Fax: 617-734-5375

SO ORDERED.

_____

U.S.D.J.