UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC, <br><br> Plaintiff, <br><br> vs. <br><br> SIGNATURE FLIGHT SUPPORT CORPORATION, and its subsidiaries, and AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and its subsidiaries and/or affiliated companies, <br><br> Defendants. | 05 CIV 11477 (GAO) |

## WITHDRAWAL OF APPEARANCE

Please withdraw my name as attorney for the Defendants, Signature Flight Support Corporation and Aircraft Service International Group, Inc., with respect to the above-referenced matter. Raymond L. Mariani, Esq. of Nixon Peabody LLP will remain as counsel for Defendant.

Michael Lushan
Michael Lushan BBO#
496 Harvard St.
Brookline, MA 02446
(617) 739-0700
*Attorney for Defendants*
*Signature Flight Support*
*Corporation* and
*Aircraft Service*
*International Group, Inc.*

10153880.1