UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRITISH AIRWAYS PLC,

                              Plaintiff,

        vs.

SIGNATURE FLIGHT SUPPORT                          05 CIV 11477 (GA0)
CORPORATION, and its subsidiaries, and
AIRCRAFT SERVICE INTERNATIONAL
GROUP, INC., and its subsidiaries and/or
affiliated companies,

                              Defendants.

## NOTICE OF APPEARANCE

        Please enter my appearance as attorney for the Defendants, Signature Flight Support
Corporation and Aircraft Service International Group, Inc., with respect to the above-referenced
matter.  Attorney Raymond L. Mariani, Esq., of Nixon Peabody LLP will also remain as counsel
for Defendant.

                              NIXON PEABODY LLP

                              /s/Tavares M. Brewington
                              _____
                              Tavares M. Brewington, Esq. BBO# 661125
                              100 Summer Street
                              Boston, MA 02110-2131
                              (617) 345-1000
                              *Attorneys for Defendants*
                              *Signature Flight Support*
                              *Corporation* and
                              *Aircraft Service*
                              *International Group, Inc.*

- 2 -

10155890.1