UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC,<br><br>                          Plaintiff,<br><br>vs.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, and its subsidiaries, and AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and its subsidiaries and/or affiliated companies,<br><br>                          Defendants. | 05 CIV 11477 (GA0) |

## ASSENTED-TO MOTION TO EXTEND TIME

This Court adopted a Scheduling Order on or about July 13, 2006. The Scheduling Order set November 1, 2006, as the deadline for completion of factual discovery.

Because counsel for Defendants Signature Flight Support Corporation and Aircraft Service International Group, Inc., ("Signature") has scheduling limitations due to lead counsel's recent change in law firms, in combination with the continued active settlement negotiations between the parties, Signature's counsel is not confident that factual discovery can be completed by November 1, 2006. Therefore, Defendant Signature, hereby moves, with the assent of Plaintiff British Airways PLC ("British Airways"), to extend the deadline for factual discovery from November 1, 2006 to January 15, 2007.

WHEREFORE, Signature respectfully requests that its assented-to motion be granted.

Dated:  October 29, 2006

| NIXON PEABODY LLP | CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C. |
|---|---|
| /s/ Tavares M. Brewington<br>_____<br>Raymond L. Mariani<br>Tavares Brewington, BBO # 661125<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000<br>*Attorneys for Defendants*<br>*Signature Flight Support*<br>*Corporation* and<br>*Aircraft Service*<br>*International Group, Inc.* | /s/ Kathleen M. Guilfoyle<br>_____<br>Richard P. Campbell, BBO #071600<br>Kathleen M. Guilfoyle, BBO #546512<br>One Constitution Plaza<br>Boston, MA 02129<br>*Attorneys for Plaintiff*<br>*British Airways, P.C.* |