UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRITISH AIRWAYS PLC,<br><br>    Plaintiff<br><br>v.<br><br>SIGNATURE FLIGHT SUPPORT CORPORATION, and its subsidiaries, and AIRCRAFT SERVICE INTERNATIONAL GROUP, INC., and its subsidiaries and/or affiliated companies,<br><br>    Defendants. | 05 CIV 11477 (GAO) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff, British Airways PLC, and defendants, Signature Flight Support Corporation and its subsidiaries, and Aircraft Service International Group, Inc., and its subsidiaries and/or affiliated companies, (collectively referred to as "the parties"), through their respective attorneys, hereby stipulate that all claims of the parties in this action be dismissed with prejudice, without costs, and with all rights of appeal being waived.

| The Plaintiff | The Defendants |
|---|---|
| BRITISH AIRWAYS PLC, | SIGNATURE FLIGHT SUPPORT CORPORATION and AIRCRAFT SERVICE INTERNATIONAL GROUP, INC. |
| /s/ Kathleen M. Guilfoyle<br>Richard P. Campbell, BBO #071600<br>Kathleen M. Guilfoyle, BBO #546512<br>CAMPBELL, CAMPBELL, EDWARDS & CONROY, P.C.<br>One Constitution Plaza<br>Boston, MA  02129<br>(617) 241-3000 | /s/ Tavares M. Brewington*<br>Tavares M. Brewington, BBO #661125<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA  02110<br>(617) 345-6171 |
| -and – | - and - |
| CLYDE & CO US LLP<br>Diane Westwood Wilson, Esq.<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174<br>(347) 302-5779 | NIXON PEABODY LLP<br>Raymond L. Mariani, Esq.<br>50 Jericho Quadrangle<br>New York, NY  10036<br>(516) 832-7500 |

*Per written authorization.

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 5, 2007.

/s/ Kathleen M. Guilfoyle

2